UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| VINCENT WESTON, | Case No. 5:06-cv-206 |
| Petitioner, | Chief Judge Paul L. Maloney |
| v. | Magistrate Judge Ellen S. Carmody |
| JOHN PRELESNIK, | |
| Respondent. | |

## **ORDER**

On November 12, 2009, the U.S. Magistrate Judge issued a Report and Recommendation ("R&R") [doc. # 22] recommending that this court deny Vincent Weston's 28 U.S.C. § 2254 petition for a writ of habeas corpus. The R&R was sent by paper mail to Weston at his correctional facility on November 13, 2009. Petitioner Weston lodged objections – dated November 25, 2009 and received by the Clerk's Office by paper mail on December 1, 2009 – which the court treats as timely.

**No later than Friday, February 26, 2010, the defendant SHALL FILE a brief** responding in detail, with citation to Sixth Circuit precedent, to each objection.

This is not a final and immediately appealable order.

**IT IS SO ORDERED** on this ___22nd___ day of January 2010.

/s/ Paul L. Maloney
Honorable Paul L. Maloney
Chief United States District Judge