UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

VINCENT WESTON #194331,                           |     Case No. 5:06-cv-206
                                                  |
        Petitioner,                               |   HONORABLE PAUL L. MALONEY
                                                  |
             v.                                   | Magistrate Judge Ellen S. Carmody
                                                  |
JOHN PRELESNIK,                                   |
                                                  |
        Respondent.                               |
                                                  |

## JUDGMENT

Final judgment is entered in favor of respondent Prelesnik and against petitioner Weston.

**IT IS SO ORDERED this 2ⁿᵈ day of March, 2010.**

                              /s/ Paul L. Maloney
                              Honorable Paul L. Maloney
                              Chief United States District Judge