UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

V<small>INCENT</small> W<small>ESTON</small> #194331,

    Petitioner,

v.

J<small>OHN</small> P<small>RELESNIK</small>,

    Respondent.

_____/

HONORABLE PAUL L. MALONEY

Case No. 5:06-cv-00206

## ORDER DENYING MOTION FOR CERTIFICATE OF APPEALABILITY

This matter is before the Court on Petitioner's Motion for Certificate of Appealability (Dkt. #30). For the reasons stated in the Opinion and Order entered March 2, 2010 (Dkt. #27):

**IT IS HEREBY ORDERED** that Petitioner's Motion for Certificate of Appealability (Dkt. #30) is **denied**.

Date: April 14, 2010

    /s/ Paul L. Maloney
    Paul L. Maloney
    Chief United States District Judge